UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -                                         22-CR-133 (JGK)

RUDY BURGOS-HERNANDEZ and FRANKLIN        ORDER
BELLO JIMENEZ,

              Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for another conference on **May 31, 2022**, at **9:00 a.m.**

Because a continuance is needed to assure the effective assistance of counsel, to allow the Government to complete discovery, and to allow time for the defense to complete reviewing discovery and determine what motions if any the defense intends to make, the Court prospectively excludes the time from today, **March 22, 2022**, until **May 31, 2022**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   New York, New York
         March 22, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge