March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY TELECONFERENCE**

-v-

22-CR-133(JGK)( 1 )

Rudy Burgos-Hernandez,
                    Defendant(s).
-----------------------------------------------------------X

Defendant __Rudy Burgos Hernandez__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

/s/
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Rudy Burgos Hernandez
Print Defendant's Name

_____
Defense Counsel's Signature

John L. Russo
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

3/22/22
Date

_____
U.S. District Judge/U.S. Magistrate Judge