UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-                                     22 cr 133 (JGK)

RUDY BURGOS HERNANDEZ,                       **ORDER**
                      Defendant.
------------------------------------------------------------X

        The Government shall respond to the defendant's application for bail by **Wednesday, April 27, 2022.**

        A bail hearing will be held on **Thursday, May 5, 2022, at 12:00pm.**

**SO ORDERED.**

                                                            */s/ John G. Koeltl*
                                                       **JOHN G. KOELTL**
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 21, 2022