UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

RUDY BURGOS-HERNANDEZ,
                Defendant.
-------------------------------------------------------------X

22 cr 133 (JGK)

**ORDER**

For the reasons stated on the record, today, the defendant, Rudy Burgos-Hernandez is hereby released on the following conditions: a $100,000 personal recognizance bond, secured by three (3) financially responsible persons; to be approved by the Government. The defendant is subject to pretrial supervision as directed by Pretrial Services.

The defendant shall surrender all travel documents, and make no new applications. Travel is restricted to the Southern and Eastern Districts of New York. The defendant shall have no contact with any co-defendants unless in the presence of counsel. The defendant shall undergo urinalysis testing, as directed by Pretrial Services. The defendant shall not open any new bank accounts or lines of credit without the permission from Pretrial Services. The defendant is subject to home incarceration with location monitoring, as directed by Pretrial Services, with the ability to leave his residence for medical treatment and visits with his attorney.

The defendant shall not be released until ten (10) days from today (excluding Saturdays and Sundays and holidays), at the earliest, and shall only be released after all of the conditions of release are satisfied. The Government shall notify the immigration authorities of the defendant's current detention.

**SO ORDERED.**

                                                             JOHN G. KOELTL
                                           UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          May 12, 2022