# J.L. Russo, P.C.

**JOHN L. RUSSO**
*ATTORNEY AT LAW*

*COUNSEL*
Milton Florez, Esq.
Michael Horn, Esq.

31 - 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

*PARALEGAL*
Maria Nunez, B.S.

September 16, 2022

**Via ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application granted.*
*So ordered.*
*[signature] JGKoeltl*
*9/17/22  U.S.D.J.*

Re: US v. Rudy Burgos- Hernandez
22 Cr. 133 (JGK)

Dear Judge Koeltl:

This office represents Rudy Burgos-Hernandez, the defendant in the above-referenced matter. On May 12, 2022, the Court set released the Defendant on conditions which included *"home incarceration with electronic monitoring"*. (the Court's Order is attached hereto at Tab A). Mr. Burgos- Hernandez met all of the conditions set by the Court and was released. He has since been in compliance with his pre-trial release terms and conditions.

**We write now to request, respectfully, a modification of the conditions of pre- trial release from "home incarceration" to "home detention" so that the defendant can work at gainful employment close to his home in the Bronx.**

Ashley L. Cosme, Intensive Supervision Specialist with U.S. Pretrial Services Office has no objection to this request as long as the modification of conditions is effectuated by the Court.

AUSA Sarah Kushner has been advised of this request and has informed counsel that the Government will defer to Pre-Trail Services. Your Honor's consideration and approval of this request is respectfully appreciated.

Thank you.

Yours truly,

*John Russo*

John L. Russo(JR6200)

JLR:mn

Cc: Sarah Kushner
*Assistant United States Attorney*

Rudy Burgos-Hernandez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

RUDY BURGOS-HERNANDEZ,
                      Defendant.
-------------------------------------------------------------X

22 cr 133 (JGK)

**ORDER**

    For the reasons stated on the record, today, the defendant, Rudy Burgos-Hernandez is hereby released on the following conditions: a $100,000 personal recognizance bond, secured by three (3) financially responsible persons; to be approved by the Government. The defendant is subject to pretrial supervision as directed by Pretrial Services.

    The defendant shall surrender all travel documents, and make no new applications. Travel is restricted to the Southern and Eastern Districts of New York. The defendant shall have no contact with any co-defendants unless in the presence of counsel. The defendant shall undergo urinalysis testing, as directed by Pretrial Services. The defendant shall not open any new bank accounts or lines of credit without the permission from Pretrial Services. The defendant is subject to home incarceration with location monitoring, as directed by Pretrial Services, with the ability to leave his residence for medical treatment and visits with his attorney.

    The defendant shall not be released until ten (10) days from today (excluding Saturdays and Sundays and holidays), at the earliest, and shall only be released after all of the conditions of release are satisfied. The Government shall notify the immigration authorities of the defendant's current detention.

**SO ORDERED.**

                                                                         JOHN G. KOELTL
                                                     UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 12, 2022