```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

              -against-

RUDY BURGOS-HERNANDEZ, et al.,
                                  Defendants.
-----------------------------------------------------------X
```

22 cr 133 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Monday, January 9, 2023, at 2:30pm,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **January 9, 2023** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                               JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 13, 2022