UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                -against-

RUDY BURGOS-HERNANDEZ,
                            Defendant.
-------------------------------------------------------------X

22 cr 133 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, January 12, 2023, at 3:00pm,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **January 12, 2023** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                   **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          December 19, 2022