# JOHN L. RUSSO

*Attorney at Law*
31 · 19 Newtown Avenue   · Suite 500
Astoria, New York 11102
Tel:   718 · 777 · 1277
Fax:   718 · 204-2310
Email:   Johnlawny@msn.com

OF COUNSEL
Milton Florez, *Esq.*
Michael Horn, *Esq.*

LEGAL ASSISTANT
Maria Nunez

July 3, 2023

**Via ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*The application is moot because it only came to the Court's attention on 7/5/23.*

*So ordered.*
*John G. Koeltl U.S.D.J.*
*7/5/23*

Re: <u>US v. Rudy Burgos- Hernandez</u>
22 Cr. 133 (JGK)

Dear Judge Koeltl:

This office represents Rudy Burgos-Hernandez, the defendant in the above-referenced matter. Mr. Burgos- Hernandez respectfully requests that this Court grant him permission to join a gathering of family and friends in the lobby and front courtyard area of his building to celebrate the Fourth of July.

I have spoken to USPO Ashley Cosme and she had indicated that she cannot grant permission for such a gathering.   AUSA Kushner has traditionally deferred to Pre-trial in these matters.

Thus. given the above, it is respectfully requested that the Court grant temporary permission for Mr. Burgos Hernandez' pre-trial conditions to be modified so as to permit him to attend the above described gathering in and around his building on July 4th.

The Courts consideration of this request is greatly appreciated.

Yours truly,

*John Russo*

John L. Russo

Cc: AUSA Sarah Kushner
    USPO Ashley Cosme