# J.L. Russo, P.C.

**JOHN L. RUSSO**
*ATTORNEY AT LAW*

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

**PARALEGAL**
Maria Nunez, B.S.

December 19, 2023

**Via ECF Only**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: *United States v. Burgos-Hernandez et al. 22 Cr. 133 (JGK)*

Your Honor:

    This office represents Rudy Burgos-Hernandez, a defendant in the above referenced matter. Mr. Burgos would like to spend Christmas Eve with his Mother and Sister (Yesenia Burgos) at his Sister's house located at 2715 Webb Ave., Apt 1D, Bronx, NY 10468 on December 24th from 12 p.m. to Midnight. AUSA Sarah Kushner defers to pre-trial and USPO Ashley Cosme has been advised of this request has not objected thereto.

    The Courts consideration of this request is respectfully appreciated. Thank you.

                                                      Yours truly,

                                                      *John Russo*
                                                      John L. Russo

Cc: AUSA Saarah Kushner
     USPO Ashley Cosme

**APPLICATION GRANTED**
**SO ORDERED**

*[signature]*
John G. Koeltl, U.S.D.J.

12/19/23