UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

RUDY BURGOS-HERNANDEZ,

    Defendant.

22-cr-133 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated in the Supplemental Presentence Investigation Report, ECF No. 122, and this Court's Order dated March 12, 2024, ECF No. 123, the defendant is not entitled to resentencing under the recent amendments to the Sentencing Guidelines. The defendant's application dated March 22, 2024, is therefore denied.

SO ORDERED.

Dated:    New York, New York
           March 29, 2024

                                        John G. Koeltl
                                 United States District Judge